UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

MICHAEL SMITH,

           Defendant.

**Case No. 03-80922**
Honorable John Corbett O'Meara

---

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

---

       Please take notice of the following changes of Assistant U.S. Attorneys of record for the above captioned case:

*Add the following AUSA(s):*

PATRICIA GAEDEKE
United States Attorney's Office
211 W. Fort, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9516
Fax: (313) 226-5892
Patricia.Gaedeke@usdoj.gov

           Respectfully submitted,

           STEPHEN J. MURPHY
           United States Attorney

           *s/Patricia Gaedeke*
           PATRICIA GAEDEKE
           Assistant U.S. Attorney

Dated:  March 12, 2008           211 W. Fort St., Ste. 2001
           Detroit, MI  48226
           PHONE:  (313) 226-9516
           Patricia.Gaedeke@usdoj.gov