✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 03-80922-3 |
| Michael Smith ) | USM No: 32039-039 |
| Date of Previous Judgment: April 8, 2004 ) | Todd R. Perkins |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __78__ months **is reduced to** __63 months__.

**I.  COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 78 to 97 months | Amended Guideline Range: | 63 to 78 months |

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III.  ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __April 8, 2004__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   September 30, 2008                    s/John Corbett O'Meara
                                                     Judge's signature

Effective Date: _____              John Corbett O'Meara, U.S. District Judge
         (if different from order date)                      Printed name and title