AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America )
v. )
)
) Case No. 03-CR-80922-03
SMITH, Michael )
)
Defendant )

**FILED**
NOV 13 2009
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ■ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | United States Courthouse<br>200 East Liberty<br>Ann Arbor, MI 48104    Honorable John Corbett O'Meara | Courtroom No.: 400 |
|---|---|---|
| | | Date and Time: December 9, 2009, 2:00 p.m. |

This offense is briefly described as follows:

New criminal activity and possession a controlled substance

Date: NOV 05 2009

_____
Issuing officer's signature

NICOLE HOLLIER    DEPUTY CLERK
Printed name and title

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 11-10-09

_____
Server's signature

Printed name and title