Local MIE Form 1A
(7/02)

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**

for the

**Eastern District of Michigan**

**FILED**

**JAN 27 2010**

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

UNITED STATES OF AMERICA

v.

SMITH, MICHAEL

Crim. No.03-CR-80922-03

On November 04, 2009 the Court authorized the issuance of a probation/supervised release warrant/summons based upon a violation petition citing violation(s) of supervision. The issue(s) of the violation(s) was/were heard in Court on December 9, 2009 and the Court made the following finding(s):

✔   Guilty of violating condition(s) of supervision. The following special condition(s) of supervision is/are added. "The offender shall reside in a Residential Reentry Center (RRC) for a period of 180 days and shall abide by all the rules and regulations of the facility. The Court further orders that subsistence be waived."

Respectfully submitted,

Andrea L Brand
United States Probation Officer
313-234-5133

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 27 Day of January, 20 10

Honorable John Corbett O'Meara
United States District Judge